Lewis-Simas-Jones Company, appellee and defendant in error, v. Peter Peerbolte, appellant and plaintiff in error. Gen. Nos. 30,930 and 31,142.

Action to recover on promissory notes. Judgment for plaintiff. Appeal from and error to the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of

this court for the first district at the October term, 1926. Affirmed. Opinion filed March 2, 1927. Rehearing denied March 15, 1927.

Rathje, Wesemann, Hinckley & Barnard, for appellant and plaintiff in error. Justin K. Orvis and Jay Stough, for appellee and defendant in error.

Mr. Justice Thomson delivered the opinion of the court.